**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Hubert Brown, Respondent.

v.

State of South Carolina, Petitioner.

Appellate Case No. 2020-001261

---

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

---

Appeal from York County
Frank R. Addy, Jr., Circuit Court Judge

---

Memorandum Opinion No. 2022-MO-002
Heard February 1, 2022 – Filed February 9, 2022

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

Attorney General Alan McCrory Wilson and Assistant Attorney General Yasmeen Ebbini Klein, both of Columbia, for Petitioner.

Deputy Chief Appellate Defender Wanda H. Carter, of Columbia, for Respondent.

**PER CURIAM:**  We issued a writ of certiorari to review the court of appeals' decision in *Brown v. State*, Op. No. 2020-UP-144 (S.C. Ct. App. filed Aug. 19, 2020).  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW, JJ., and Acting Justice D. Garrison Hill, concur.**